■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY CRAWFORD, Appellant. [39 NYS3d 756]—Judgment, Supreme Court, Bronx County (Eugene Oliver, J.), rendered February 3, 2015, as amended February 19, 2015, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Tom, J.P., Mazzarelli, Richter, Manzanet-Daniels and Webber, JJ.